FILED
UNITED STATES DISTRICT COURT

JUL - 1 2003

Robert M. March
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,                )
                                         )
                    Plaintiff,           )   CA NO. 98-156BB
                                         )
        v.                               )
                                         )
BERNALILLO COUNTY, NEW MEXICO;           )
BERNALILLO COUNTY BOARD OF               )
COMMISSIONERS; TOM RUTHERFORD,           )
Chairperson of the Bernalillo County     )
Board of Commissioners; STEVE            )
GALLEGOS, ALAN ARMIJO, E. TIM CUMMINS,   )
MICHAEL BRASHER, Members of              )
the Bernalillo County Board of           )
Commissioners; and MARY HERRERA,         )
Bernalillo County Clerk,                 )
                                         )
                    Defendants.          )
                                         )

## ORDER ENTERING STIPULATION

The United States initiated this action on February 6, 1998, pursuant to Sections 2, 12(d), and 203 of the Voting Rights Act of 1965, as amended, 42 U.S.C. §1973, 42 U.S.C. §1973j(d), 42 U.S.C. §1973aa-1a, and 28 U.S.C. §2201, alleging violations of the Voting Rights Act arising from Bernalillo County's election practices and procedures as they affect Native American citizens of the county, including those Native American citizens who rely in whole or in part on the Navajo language. The county admitted these violations and agreed to remedy them by entering into a consent decree. On April 27, 1998, the three-judge court in this case entered the consent decree.

In a Stipulation filed with this court, Bernalillo County



has conceded that it violated the terms of the consent decree by not providing funding for the Native Language Coordinator's budget in 2002. The parties agree that this constitutes good cause to extend the portions of the Consent Decree enumerated in the Stipulation.

After consideration of the Joint Motion for and Memorandum in Support of Entry of Stipulation and good cause appearing, the court finds the terms of the Stipulation fair and reasonable, and it is hereby ORDERED that the attached Stipulation is approved for entry this 20th day of June, 2003.

The Court shall retain jurisdiction of this case to enter further relief or such other orders as may be necessary for the effectuation of the terms of this agreement and to ensure compliance with Sections 2 and 203 of the Voting Rights Act, 42

U.S.C. §§1973, 1973aa-1a, and the Fourteenth and Fifteenth Amendments to the Constitution.

*/s/ Paul Kelly Jr.*
THE HONORABLE PAUL J. KELLY, JR.
United States Circuit Judge
United States Court of Appeals
For the Tenth Circuit


*/s/ John Edward Conway*
THE HONORABLE JOHN E. CONWAY
United States District Judge
United States District Court for
The District of New Mexico


*/s/ Bruce D. Black*
THE HONORABLE BRUCE D. BLACK
United States District Judge
United States District Court for
The District of New Mexico